# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

PRESTON LEWIS MCRAE,    )
  Petitioner       )
            )
    v.       )  CIVIL ACTION NO. 3:10-CV-30017 -MAP
            )
BRUCE CHADBOURNE,     )
  Respondent     )

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the respondent Bruce Chadbourne, against the petitioner Preston Lewis McRae, pursuant to the court's endorsed order entered this date, granting respondent's motion to dismiss.

            **SARAH A. THORNTON**,
            CLERK OF COURT


Dated:   September 20, 2010     By  /s/ *Maurice G. Lindsay*
             Maurice G. Lindsay
             Deputy Clerk


(Civil Judgment re Pet v. Resp3 (rutine).wpd - 11/98)
   [jgm.]